APARTMENT-HOTEL OWNERS ASSOCIATION, INC., Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BERNARD P. FINEMAN, Appellant, v. CHARLES C. BURR, Respondent. BENNIE ZEIDMAN, Appellant, v. CHARLES C. BURR, Respondent.— Order reversed, with ten dollars costs and disbursements, and the case stricken from the calendar of Special Term and reinstated upon the Trial Term calendar for immediate trial. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BERNARD P. FINEMAN, Appellant, v. CHARLES C. BURR, Respondent. BENNIE ZEIDMAN, Appellant, v. CHARLES C. BURR, Respondent.— Orders reversed, with ten dollars costs and disbursements, and the cases stricken from the calendar of Special Term and reinstated upon the Trial Term calendar for immediate trial. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ESTHER MOSKOWITZ and Others, as Executors, etc., of FANNIE MANHEIMER, Deceased, Respondents, Appellants, v. PEARL HARRIS MARROW, Appellant, Respondent.— Judgment affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALICE HOFFMAN, Landlord, Respondent, v. EMIL FRAAD, Tenant, Appellant. ELSIE FRAAD, Assignee, Appellant; 17 EAST 54TH STREET CORPORATION, Assignee or Undertenant, Appellant.*— Determination affirmed, with costs and disbursements, and judgment absolute rendered against the appellants pursuant to their stipulation. No opinion. Present — Dowling, P. J., Merrell, Martin and Proskauer, JJ. [130 Misc. 667.]

FINANCIAL GUILD, INC., Respondent, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BENJAMIN BROWN, Appellant, v. NEW YORK EVENING JOURNAL, INC., Respondent.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALMA CLAYBURGH, Appellant, v. ALBERT CLAYBURGH, Respondent.— Judgment and order affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin and Proskauer, JJ.

PAULINA SMITH, Respondent, v. SQUIRE COMPANY, INC., as Attorney-in-Fact for the LIBERTY UNDERWRITERS OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.